IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RHONDA LYNN NEAL,

     Appellant,

v.

TRAVIS S. GRAHAM, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEFFIE D. EATON,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1488

Opinion filed June 14, 2016.

An appeal from the Circuit Court for Taylor County.
William W. Blue, Judge.

George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, for Appellant.

Michael S. Smith of Smith, Smith & Parker, Perry; Ernest A. Sellers and Adam L. Morrison of Sellers, Taylor & Morrison, Live Oak; Jessica R. Young of Langdale Vallotton LLP, Valdosta, GA; Richard E. Barnes of Barnes Law LLC, Valdosta, GA, for Appellee.


PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., WOLF and WETHERELL, JJ., CONCUR.